**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| INTEGRATED CLAIMS SYSTEMS, LLC<br><br>*Plaintiff*,<br><br>vs.<br><br>SOUTH TEXAS DENTAL, LP,<br><br>*Defendant*. | Case No.: 3:15-CV-03900-M<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Integrated Claims Systems, LLC and Defendant South Texas Dental, LP move for an order dismissing Plaintiff's claims against South Texas Dental in this action WITH PREJUDICE with each party to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

*/s/ Charles Ainsworth*
Charles Ainsworth
State Bar No. 00783521
Email: charley@pbatyler.com
**PARKER BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Phone: (903) 531-3535
Fax: (903) 533-9687

John F. Ward *(admitted E. D. Tex.)*
Email: jward@kelleydrye.com
David G. Lindenbaum *(admitted E. D. Tex.)*
Email: dlindenbaum@kelleydrye.com
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: jward@kelleydrye.com
E-mail: dlindenbaum@kelleydrye.com

1

ATTORNEYS FOR PLAINTIFF
INTEGRATED CLAIMS SYSTEMS, LLC


*/s/ Albert B. Deaver, Jr. (with permission)*
Albert B. Deaver. Jr.
TX Bar No. 05703800
Three Riverway, Suite 900
Houston, TX 77056
(713) 800-5700
(713) 800-5699 Fax
adeaver@smd-iplaw.com

ATTORNEY FOR DEFENDANT
SOUTH TEXAS DENTAL, L.P.


## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served April 24, 2017, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5.1(d).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Charles Ainsworth*
CHARLES AINSWORTH


## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on April 24, 2017, counsel for Plaintiff complied with Local Rule LR-7.1(b), and Defendant joins this motion.

*/s/ Charles Ainsworth*
CHARLES AINSWORTH